IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2017 JUN 14 P 4: 11
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) MISC NO. 2:17-mc-3789-WKW |
| State of Alabama, Montgomery, AL, | ) |
| Garnishee, | ) |
| Gary C. Lovelady, | ) |
| Defendant. | ) |

### APPLICATION FOR WRIT OF GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment in Criminal Case No. 2:99CR000149-001 entered against the defendant, Gary C. Lovelady; the last four digits of defendant's Social Security Number are XXX-XX-2563; whose last known address is 555 Country View Road, Deatsville, Alabama, in the above cited action in the amount of $196,739.69, plus costs and interest. There is a balance due of $68,860.61, as of June 14, 2017.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from June 14, 2017, but defendant has failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non-exempt interest.

The name and address of the Garnishee or his authorized agent is:

State of Alabama
Department of Finance Office of the Comp
Montgomery, AL 36130-2602

DATED: June 14, 2017

                                A. CLARK MORRIS
                                ACTING UNITED STATES ATTORNEY

BY:                     /s/ Stephen M. Doyle
                                STEPHEN M. DOYLE
                                Chief, Civil Division
                                District of Columbia Bar No.: 422474
                                Post Office Box 197
                                Montgomery, AL 36101
                                Telephone: (334) 223-7280
                                Facsimile: (334) 223-7201
                                E-Mail: stephen.doyle@usdoj.gov
                                **Attorney for Plaintiff**