IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:17-MC-3789-WKW |
| GARY C. LOVELADY, | ) ) ) | |
| Defendant, | ) ) | |
| STATE OF ALABAMA, | ) ) | |
| Garnishee. | ) | |

## **ORDER**

The Garnishee has filed an answer (Doc. # 4), and Defendant's motion containing an objection has been denied (Doc. # 13). Accordingly, it is ORDERED that, on or before **December 16, 2019**, the Government shall file a motion for the entry of an appropriate disposition order. The Government also shall submit a proposed order in Word format by transmitting an electronic copy of it as an attachment to an email message sent to [propord_watkins@almd.uscourts.gov].

DONE this 5th day of December, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE